# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00234-CR
### NO. 03-09-00235-CR

**Bennie Walter Boyce, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
### NOS. A-08-1064-SB & A-08-1065-SB
### HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's motions to dismiss these appeals are granted. *See* Tex. R. App. P. 42.2(a). The appeals are dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:  September 17, 2009

Do Not Publish